# EXHIBIT 1

Selected Transactions, Defendants' Small Business Set Aside Contracts

| Date Signed | Date Effective | Dollars Obligated | U.S. Agency | Entity Awarded Contract | DUNS Number | Place of Performance | Bids | Type of Services | Transaction ID |
|---|---|---|---|---|---|---|---|---|---|
| 1/29/2016 | 1/2/2016 | $2,424,434.81 | Army | Main Building Maintenance, Inc. | 86280187 | Fort Riley, KS | 5 | Housekeeping (other) | 8BA41BA4-1234-468C-B59D-E6413625 9A2F |
| 12/7/2015 | 11/1/2015 | $77,866.69 | Air Force | MBM Inc/JXM Inc JV | 785161121 | San Antonio, TX | 8 | Housekeeping (custodial janitorial) | B8BBA01B-0F53-4DAC-B271-01A52FC5A073 |
| 10/6/2015 | 10/1/2015 | $8,493,113.04 | Air Force | MBM Inc/JXM Inc JV | 785161121 | San Antonio, TX | 8 | Housekeeping (custodial janitorial) | 4500D613-BEC1-407C-9FC4-7DDE751B1970 |
| 8/19/2015 | 8/13/2015 | $24,694.90 | Army | Main Building Maintenance, Inc. | 86280187 | Fort Riley, KS | 5 | Housekeeping (other) | 92D5171B-E850-4D72-98A9-FD80198BA263 |
| 6/4/2015 | 5/15/2015 | $172,669.05 | Army | Main Building Maintenance, Inc. | 86280187 | Fort Riley, KS | 5 | Housekeeping (other) | 0643A67C-0797-4587-8193-1964E5D4F8E6 |
| 4/29/2015 | 4/30/2015 | $150,673.44 | Army | Main Building Maintenance, Inc. | 86280187 | Fort Riley, KS | 5 | Housekeeping (other) | F1292265-860A-410C-A88C-48891FF66D9D |
| 2/20/2015 | 10/1/2014 | $158,942.76 | Air Force | MBM Inc/JXM Inc JV | 785161121 | San Antonio, TX | 8 | Housekeeping (custodial janitorial) | D116BD87-BB07-496E-B3CB-A434D14AD79C |
| 1/23/2015 | 1/6/2015 | $2,174,501.65 | Army | Main Building Maintenance, Inc. | 86280187 | Fort Riley, KS | 5 | Housekeeping (other) | 20BE80C4-E109-4BBC-B7EC-9DD3BE76F842 |
| 1/14/2015 | 12/1/2014 | $41,715.42 | Air Force | MBM Inc/JXM Inc JV | 785161121 | San Antonio, TX | 8 | Housekeeping (custodial janitorial) | 375C2DBC-D168-46A9-A215-5E20739889F6 |
| 12/30/2014 | 11/1/2014 | $16,410.95 | Air Force | MBM Inc/JXM Inc JV | 785161121 | San Antonio, TX | 8 | Housekeeping (custodial janitorial) | BABCA447-EF64-4E58-83DA-924B4EC9D8E6 |
| 10/1/2014 | 10/1/2014 | $8,731,581.48 | Air Force | MBM Inc/JXM Inc JV | 785161121 | San Antonio, TX | 8 | Housekeeping (custodial janitorial) | 8BCD52B8-24AE-A39A-857F-597ECF01A2D1 |
| 6/19/2014 | 6/17/2014 | $89,306.64 | Army | Main Building Maintenance, Inc. | 86280187 | Fort Riley, KS | 5 | Housekeeping (other) | 6C6CB3F4-9573-7ECC-5D3D-4B94EB81C7C9 |
| 4/16/2014 | 4/1/2014 | $19,479.42 | Air Force | MBM Inc/JXM Inc JV | 785161121 | San Antonio, TX | 8 | Housekeeping (custodial janitorial) | 98AA61F3-3466-C1EA-DF1F-55A108B4AE0E |
| 2/10/2014 | 2/15/2014 | $19,873.22 | Air Force | MBM Inc/JXM Inc JV | 785161121 | San Antonio, TX | 8 | Housekeeping (custodial janitorial) | 9FF6A3D2-E470-F088-DD6E-34CDBEDCE05C |
| 2/10/2014 | 1/2/2014 | $2,135,956.05 | Army | Main Building Maintenance, Inc. | 86280187 | Fort Riley, KS | 5 | Housekeeping (other) | F1D3144B-5668-9AF4-B9C4-0F6D9A5C9C1D |
| 1/10/2014 | 12/13/2013 | $124,401.48 | Air Force | MBM Inc/JXM Inc JV | 785161121 | San Antonio, TX | 8 | Housekeeping (custodial janitorial) | BAEC2639-0DF4-4E8E-02CC-EAF82C86DFA5 |
| 12/12/2013 | 12/11/2013 | $17,870.00 | Air Force | MBM Inc/JXM Inc JV | 785161121 | San Antonio, TX | 8 | Housekeeping (custodial janitorial) | CBA622C3-50E9-9B54-133A-48426B B000A2 |
| 10/1/2013 | 10/1/2013 | $8,324,897.64 | Air Force | MBM Inc/JXM Inc JV | 785161121 | San Antonio, TX | 8 | Housekeeping (custodial janitorial) | C7EF7733-E660-4352-0F2A-0BF5AAD464DE |
| 10/1/2013 | 10/1/2013 | $16,210.56 | Air Force | Main Building Maintenance, Inc. | 86280187 | Dover Air Force Base, DE | 3 | Housekeeping (custodial janitorial) | 91EC2930-9ADF-CECC-B0F4-5D11E379133D |
| 8/22/2013 | 8/12/2013 | $17,693.28 | Army | Main Building Maintenance, Inc. | 86280187 | Fort Riley, KS | 5 | Housekeeping (other) | 97684683-D741-0590-4F95-A1B874ECC619 |
| 6/5/2013 | 6/4/2013 | $136,115.34 | Air Force | MBM Inc/JXM Inc JV | 785161121 | San Antonio, TX | 8 | Housekeeping (custodial janitorial) | A9EB6D64-1AB0-D6A1-366A-F36AAEC722B3 |
| 4/4/2013 | 4/1/2013 | $85,379.76 | Air Force | MBM Inc/JXM Inc JV | 785161121 | San Antonio, TX | 8 | Housekeeping (custodial janitorial) | 47F6C1D9-5098-D651-36EF-C36B3CE77D8C |
| 2/13/2013 | 2/1/2013 | $1,752,223.82 | Army | Main Building Maintenance, Inc. | 86280187 | Fort Riley, KS | 5 | Housekeeping (other) | 9E8C0794-7504-C4BD-2E01-B08308741 1B7 |
| 2/6/2013 | 2/6/2013 | $3,899,736.54 | Air Force | MBM Inc/JXM Inc JV | 785161121 | San Antonio, TX | 8 | Housekeeping (custodial janitorial) | 99B9270E-50D4-7C17-A903-10F34128DCB3 |
| 10/19/2012 | 10/2/2012 | $157,764.66 | Army | Main Building Maintenance, Inc. | 86280187 | San Antonio, TX | 1 | Housekeeping (custodial janitorial) | 7BF30781-E75D-9562-7CC6-DE0237CBE8B7 |
| 6/29/2012 | 6/19/2012 | $944,553.54 | Army | Main Building Maintenance, Inc. | 86280187 | San Antonio, TX | 6 | Housekeeping (custodial janitorial) | D1D76A61-05B6-03EF-B711-41F3DC94063D |
| 4/30/2012 | 4/30/2012 | $715,871.16 | Army | Main Building Maintenance Incorporated | 86280187 | San Antonio, TX | 6 | Housekeeping (custodial janitorial) | 8894989E-2AFC-D400-2864-30C3CE411347 |
| 3/15/2012 | 3/13/2012 | $357,935.58 | Army | Main Building Maintenance Incorporated | 86280187 | San Antonio, TX | 6 | Housekeeping (custodial janitorial) | 0EB7BE5B-EBDF-E62B-A55C-C199AFDB66EB |
| 12/29/2011 | 12/28/2011 | $1,073,806.74 | Army | Main Building Maintenance Incorporated | 86280187 | San Antonio, TX | 6 | Housekeeping (custodial janitorial) | C9D0185B-31FC-E591-7EBF-BFFF8AE6D35C |
| 9/29/2011 | 9/25/2011 | $158,846.68 | Army | Main Building Maintenance, Inc. | 86280187 | Fort Polk, LA | 17 | Housekeeping (custodial janitorial) | 0D84EA05-B952-79D5-6235-F07DC6DA821A |
| 5/16/2011 | 5/13/2011 | $13,242.55 | Army | Main Building Maintenance Incorporated | 86280187 | San Antonio, TX | 6 | Housekeeping (custodial janitorial) | E3639D8B-D6D9-75AF-23B6-983CE61F8F9D |
| 5/12/2011 | 5/12/2011 | $34,535.31 | Army | Main Building Maintenance Incorporated | 86280187 | San Antonio, TX | 6 | Housekeeping (custodial janitorial) | 0D90E492-224B-B8D6-DBBF-C2A920CF4AD |
| 5/11/2011 | 5/10/2011 | $26,976.16 | Army | Main Building Maintenance Incorporated | 86280187 | San Antonio, TX | 6 | Housekeeping (custodial janitorial) | 7197355D-D325-DBA6-6686-9BCDFB4D1018 |
| 4/5/2011 | 4/1/2011 | $187,017.39 | Army | Main Building Maintenance, Inc. | 86280187 | Fort Polk, LA | 17 | Housekeeping (custodial janitorial) | 3123C391-38B5-523E-853A-8BC3B B55690F |
| 3/30/2011 | 3/29/2011 | $10,431.10 | Army | Main Building Maintenance Incorporated | 86280187 | San Antonio, TX | 6 | Housekeeping (custodial janitorial) | CA697A1C-DD59-BB6D-295D-9C7B4 53CCF46 |
| 3/11/2011 | 3/10/2011 | $26,699.49 | Army | Main Building Maintenance, Inc. | 86280187 | Fort Polk, LA | 17 | Housekeeping (custodial janitorial) | 28927568-CF4F-14C2-448D-FA7D89880773 |
| 3/10/2011 | 10/1/2010 | $59,296.86 | Army | JXM Inc/MBM Inc Joint Venture | 131907672 | Fort Meade, MD | 4 | Housekeeping (custodial janitorial) | F3144E73-2A1B-CE0D-451B-5B1FBB8971F6 |
| 2/14/2011 | 2/11/2011 | $26,716.77 | Army | Main Building Maintenance, Inc. | 86280187 | Fort Polk, LA | 17 | Housekeeping (custodial janitorial) | 38D07B4C-8A90-FF8C-F1D6-DB869582A8D0 |
| 1/10/2011 | 1/10/2011 | $25,052.32 | Army | Main Building Maintenance, Inc. | 86280187 | Fort Polk, LA | 17 | Housekeeping (custodial janitorial) | 8E483BB9-5E61-1F9E-A89D-72AEEC4679C3 |
| 1/6/2011 | 1/4/2011 | $4,032,504.48 | Army | Main Building Maintenance Incorporated | 86280187 | San Antonio, TX | 6 | Housekeeping (custodial janitorial) | E37D589E-422A-6C70-6756-B5056221FBC4 |
| 11/17/2010 | 11/16/2010 | $10,557.60 | Army | Main Building Maintenance Incorporated | 86280187 | San Antonio, TX | 6 | Housekeeping (custodial janitorial) | E58B625D-D346-11DE-C4E9-98E5149A447C |
| 11/5/2010 | 11/4/2010 | $40,692.60 | Army | Main Building Maintenance Incorporated | 86280187 | San Antonio, TX | 6 | Housekeeping (custodial janitorial) | 1D9CC64E-BD90-9825-89B8-EE67AC0A2944 |
| 10/22/2010 | 10/22/2010 | $115,124.54 | Army | Main Building Maintenance Incorporated | 86280187 | San Antonio, TX | 6 | Housekeeping (custodial janitorial) | CAD79978-0AF8-9C61-2B55-1FA130F6E085 |
| 8/10/2010 | 8/9/2010 | $56,969.78 | Army | Main Building Maintenance Incorporated | 86280187 | San Antonio, TX | 6 | Housekeeping (custodial janitorial) | E9D24587-F4C9-010F-4843-ACBA95E357A0 |
| 4/14/2010 | 4/14/2010 | $81,193.44 | Army | Main Building Maintenance Incorporated | 86280187 | San Antonio, TX | 6 | Housekeeping (custodial janitorial) | 29C0DAF5-D1BB-D6B6-3F87-1C3EE792EDE4 |
| 3/24/2010 | 3/24/2010 | $26,704.76 | Army | Main Building Maintenance, Inc. | 86280187 | El Paso, TX | 6 | Housekeeping (custodial janitorial) | DFD892F5-27E2-E089-68E1-D6450 9584FAD |
| 3/16/2010 | 3/16/2010 | $395,834.40 | Army | Main Building Maintenance Incorporated | 86280187 | El Paso, TX | 6 | Housekeeping (custodial janitorial) | 05610A4B-5903-45CE-0B6B-73375A59DB57 |
| 2/25/2010 | 2/24/2010 | $88,316.88 | Army | Main Building Maintenance Incorporated | 86280187 | El Paso, TX | 6 | Housekeeping (custodial janitorial) | A765CF7C-97D7-F044-B46C-ADF298AF816D |
| 2/3/2010 | 1/29/2010 | $2,713,661.28 | Army | Main Building Maintenance Incorporated | 86280187 | San Antonio, TX | 6 | Housekeeping (custodial janitorial) | 72CE818C-0E1C-D296-EA69-70D10C36860F |
| 11/24/2009 | 11/24/2009 | $88,412.64 | Army | JXM Inc/MBM Inc Joint Venture | 131907672 | Washington, DC | 4 | Housekeeping (custodial janitorial) | AF9A888D-7E5B-1BDC-0C29-C78B1B97F2C7 |
| 6/10/2009 | 6/10/2009 | $61,571.55 | Army | Main Building Maintenance Incorporated | 86280187 | El Paso, TX | 6 | Housekeeping (custodial janitorial) | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 3/2/2009 | 3/2/2009 | $91,555.44 | Army | Main Building Maintenance Incorporated | 86280187 | El Paso, TX | 6 | Housekeeping (custodial janitorial) | A41AFD96-84C8-8972-B93B-EE02891376SA |
| 2/9/2009 | 2/9/2009 | $109,880.37 | Army | Main Building Maintenance Incorporated | 86280187 | El Paso, TX | 6 | Housekeeping (custodial janitorial) | 46520358-C6AE-E2DE-1769-751D7AE9099C |
| 12/5/2008 | 12/5/2008 | $2,844,724.08 | Army | Main Building Maintenance Incorporated | 86280187 | El Paso, TX | 6 | Housekeeping (custodial janitorial) | 55621F85-9062-0BA9-33F6-EEA5BB0D7726 |
| 12/3/2008 | 12/3/2008 | $171,449.16 | Army | JXM Inc/MBM Inc Joint Venture | 131907672 | Washington, DC | 4 | Housekeeping (custodial janitorial) | EC40B85A-E872-257E-8C0E-35237DE2B4CF |
| 10/1/2008 | 10/1/2008 | $180,000.00 | Air Force | JXM, Inc. | 177191616 | Tampa, FL | 5 | Housekeeping (custodial janitorial) | E53D3ED1-9F52-5942-7FAC-49A748C795A4 |
| 10/1/2008 | 10/1/2008 | $1,408,066.08 | Army | JXM Inc/MBM Inc Joint Venture | 131907672 | Washington, DC | 4 | Medical Services (other) | 999E4DBC-2D47-A317-6E4D-596A650F2B2B |
| 6/10/2008 | 6/10/2008 | $25,761.71 | Army | Main Building Maintenance Incorporated | 86280187 | El Paso, TX | 6 | Housekeeping (custodial janitorial) | B47FD9D0-3A23-C758-1ADE-EF405FF424C5 |
| 2/5/2008 | 2/4/2008 | $342,810.50 | Army | Main Building Maintenance Incorporated | 86280187 | El Paso, TX | 6 | Housekeeping (custodial janitorial) | 13E36CA0-0BE3-C791-D229-65D9C72D8F6D |
| 12/20/2007 | 1/1/2008 | $2,545,351.00 | Army | Main Building Maintenance Incorporated | 86280187 | El Paso, TX | 6 | Housekeeping (custodial janitorial) | 85736E2B-BBAC-59F9-BBD3-750A1C5C682B |
| 10/1/2007 | 10/1/2007 | $180,000.00 | Air Force | JXM, Inc. | 177191616 | Tampa, FL | 5 | Medical Services (other) | 7AEE41CD-8F80-091C-B5CC-3858E1710216 |

# EXHIBIT 2

Selected Transactions, Defendants' Section 8(a) Program Small Disadvantaged Business Sole Source Contracts

| Date Signed | Date Effective | Dollars Obligated | Dollars, Base and All Options Value | U.S. Agency | Entity Awarded Contract | DUNS Number | Place of Performance | Type of Services | Price Negotiated or Set by Contractor | Transaction ID |
|---|---|---|---|---|---|---|---|---|---|---|
| 3/31/2011 | 4/1/2011 | $8,911.56 | $8,911.56 | Public Buildings Service | JXM Inc/MBM Incorporated Joint Venture | 177191616 | San Antonio, TX | Housekeeping (custodial janitorial) | Negotiated | 6F62F34D-20F8-8868-E722-8A1901A0C7E1 |
| 2/16/2011 | 4/1/2011 | | $459,364.32 | Public Buildings Service | JXM Inc/MBM Incorporated Joint Venture | 177191616 | San Antonio, TX | Housekeeping (custodial janitorial) | Negotiated | 31BF9268-567E-178F-4656-C1D981FA1268 |
| 6/15/2010 | 6/8/2010 | $9,425.16 | $9,425.16 | Public Buildings Service | JXM Inc/MBM Incorporated Joint Venture | 177191616 | San Antonio, TX | Housekeeping (custodial janitorial) | Negotiated | AB97CBC7-610D-0C61-0A5D-AF219B83DD6B |
| 2/22/2010 | 4/1/2010 | $449,353.20 | $449,353.20 | Public Buildings Service | JXM Inc/MBM Incorporated Joint Venture | 177191616 | San Antonio, TX | Housekeeping (custodial janitorial) | Negotiated | 98B18DD8-E2DF-11ED-8FB6-849E16F372C5 |
| 1/28/2010 | 2/1/2010 | $131,521.49 | $131,521.49 | Air Force | JXM, Inc. | 177191616 | Warren Air Force Base, WY | Operation of gov't family housing | Set by Contractor | 0C0D4F3C-095F-F049-4F83-93507F578SE5 |
| 1/28/2010 | 2/1/2010 | $107,192.00 | $107,192.00 | Air Force | JXM, Inc. | 177191616 | Warren Air Force Base, WY | Operation of gov't family housing | Set by Contractor | 55E7D755-5A7C-E7D9-39C9-6CF565073E82 |
| 12/31/2009 | 12/30/2009 | $131,521.49 | $131,521.49 | Air Force | JXM, Inc. | 177191616 | Warren Air Force Base, WY | Operation of gov't family housing | Set by Contractor | 5E9F6F9-3125-336B-5349-C8D82A3587C2 |
| 12/31/2009 | 12/31/2009 | $107,192.00 | $107,192.00 | Air Force | JXM, Inc. | 177191616 | Warren Air Force Base, WY | Operation of gov't family housing | Set by Contractor | 6E5A49EF-4F85-3F23-F1A5-2B157D56C51D |
| 12/30/2009 | 12/30/2009 | | $209,384.00 | Air Force | JXM, Inc. | 177191616 | | Operation of gov't family housing | Set by Contractor | C7B1AA1-7E15-CA5D-18B6-DE82699659C4 |
| 11/9/2009 | 11/1/2009 | $235,793.05 | $235,793.05 | Air Force | JXM, Inc. | 177191616 | Warren Air Force Base, WY | Operation of gov't family housing | Set by Contractor | C7F188BD-71D5-DF85-B0FC-432E5F98999E |
| 11/9/2009 | 11/1/2009 | $214,384.00 | $214,384.00 | Air Force | JXM, Inc. | 177191616 | Warren Air Force Base, WY | Operation of gov't family housing | Set by Contractor | 7602C89D-B8C4-9D26-53AA-35AE097AA942 |
| 11/2/2009 | 11/1/2009 | $21,315.66 | $21,315.66 | Air Force | JXM, Inc. | 177191616 | Warren Air Force Base, WY | Operation of gov't family housing | Set by Contractor | 3325B49D-D226-1EE0-9D08-7828A8287190 |
| 10/1/2009 | 10/1/2009 | $131,521.49 | $131,521.49 | Air Force | JXM, Inc. | 177191616 | Warren Air Force Base, WY | Operation of gov't family housing | Set by Contractor | A49B57E9-F922-0149-CB00-1304E998C844 |
| 10/1/2009 | 10/1/2009 | $107,192.00 | $107,192.00 | Air Force | JXM, Inc. | 177191616 | Warren Air Force Base, WY | Operation of gov't family housing | Set by Contractor | 69A1C062-2C51-EEE6-6BED-FF8F192BA2CB |
| 9/18/2009 | 9/17/2009 | $440,600.00 | $440,600.00 | Air Force | JXM, Inc. | 177191616 | Warren Air Force Base, WY | Operation of gov't family housing | Set by Contractor | 8FD75DAC-1472-C100-A5D2-5F866D603EB1 |
| 9/17/2009 | 9/16/2009 | | $440,600.00 | Air Force | JXM, Inc. | 177191616 | | Operation of gov't family housing | Set by Contractor | A5C63399-15DE-E5B6-BEFE-7D57E1234A3B |
| 9/11/2009 | 9/8/2009 | $50,000.00 | $50,000.00 | Air Force | JXM, Inc. | 177191616 | Warren Air Force Base, WY | Operation of gov't family housing | Set by Contractor | BA307D83-0DAA-89DF-70E6-58F6CEFA967E |
| 8/28/2009 | 8/26/2009 | $12,000.00 | $12,000.00 | Air Force | JXM, Inc. | 177191616 | Warren Air Force Base, WY | Operation of gov't family housing | Set by Contractor | C9A29FFF-491C-B5BA-6EE4-7D4EBB02B7CE |
| 8/27/2009 | 8/24/2009 | $131,521.49 | $131,521.49 | Air Force | JXM, Inc. | 177191616 | Warren Air Force Base, WY | Operation of gov't family housing | Set by Contractor | 6A14953D-B9BF-DD77-7C3C-32AEBF4F14C5 |
| 8/25/2009 | 8/24/2009 | $49,276.97 | $49,276.97 | Air Force | JXM, Inc. | 177191616 | Warren Air Force Base, WY | Operation of gov't family housing | Set by Contractor | 27D32654-5476-2A55-6172-67E5E43D1112 |
| 8/24/2009 | 8/24/2009 | $58,871.52 | $58,871.52 | Air Force | JXM, Inc. | 177191616 | Warren Air Force Base, WY | Operation of gov't family housing | Set by Contractor | 5092FE77-234F-45DF-1A00-4CD6B84016ED |
| 8/19/2009 | 7/23/2009 | | $1,089,790.76 | Air Force | JXM, Inc. | 177191616 | | Operation of gov't family housing | Set by Contractor | 40SD0AFF-EE23-316D-F315-6072D5CABA08 |
| 8/4/2009 | 6/29/2009 | $8,600.00 | $8,600.00 | Air Force | JXM, Inc. | 177191616 | Warren Air Force Base, WY | Operation of gov't family housing | Set by Contractor | 530E2D41-C25F-713F-9787-2681B84E43F2 |
| 7/20/2009 | 4/1/2009 | $7,080.00 | $7,080.00 | Public Buildings Service | JXM Inc/MBM Incorporated Joint Venture | 177191616 | San Antonio, TX | Housekeeping (custodial janitorial) | Negotiated | 7478BB67-E11F-36E2-0B1F-780F6514326E |
| 6/30/2009 | 6/29/2009 | $142,493.57 | $142,493.57 | Air Force | JXM, Inc. | 177191616 | Warren Air Force Base, WY | Operation of gov't family housing | Set by Contractor | 58F75F4F-7F33-9F60-A819-B29F841SD486 |
| 6/30/2009 | 6/29/2009 | $104,692.73 | $104,692.73 | Air Force | JXM, Inc. | 177191616 | Warren Air Force Base, WY | Operation of gov't family housing | Set by Contractor | D5335380-573D-0417-AEE5-580680D9F9BC |
| 6/3/2009 | 6/1/2009 | $284,987.14 | $284,987.14 | Air Force | JXM, Inc. | 177191616 | Warren Air Force Base, WY | Operation of gov't family housing | Set by Contractor | 1BE96DFE-DFA0-9E43-2A3B-2714703BDA6A |
| 6/3/2009 | 6/1/2009 | $214,173.46 | $214,173.46 | Air Force | JXM, Inc. | 177191616 | Warren Air Force Base, WY | Operation of gov't family housing | Set by Contractor | 839FA739-711D-5684-9703-AB589O130586 |
| 5/28/2009 | 6/1/2009 | | $760,771.79 | Air Force | JXM, Inc. | 177191616 | | Operation of gov't family housing | Set by Contractor | 42910E91-26B7-842E-93F7-F109746ADED |
| 5/20/2009 | 4/30/2009 | $142,493.57 | $142,493.57 | Air Force | JXM, Inc. | 177191616 | Warren Air Force Base, WY | Operation of gov't family housing | Set by Contractor | 7F5E4278-25F8-1C0E-A98D-7A18E7845807 |
| 5/20/2009 | 4/30/2009 | $107,732.73 | $107,732.73 | Air Force | JXM, Inc. | 177191616 | Warren Air Force Base, WY | Operation of gov't family housing | Set by Contractor | 8E84E95F-9A87-90C7-DDB1-8ABD5196C86A |
| 5/15/2009 | 4/22/2009 | $8,281.95 | $8,281.95 | Air Force | JXM, Inc. | 177191616 | Warren Air Force Base, WY | Operation of gov't family housing | Set by Contractor | 97DDD995-D084-B475-BDF6-15E61895C6DB |
| 4/30/2009 | 4/28/2009 | | $250,452.08 | Air Force | JXM, Inc. | 177191616 | | Operation of gov't family housing | Set by Contractor | AS2F4837-228F-82E1-DD06-3ABFAAC1AA4B |
| 4/1/2009 | 4/1/2009 | $142,493.57 | $142,493.57 | Air Force | JXM, Inc. | 177191616 | Warren Air Force Base, WY | Operation of gov't family housing | Set by Contractor | 6E70DEEE-40C8-0B38-3F8A-A2CF965AD763 |
| 4/1/2009 | 4/1/2009 | $106,698.73 | $106,698.73 | Air Force | JXM, Inc. | 177191616 | Warren Air Force Base, WY | Operation of gov't family housing | Set by Contractor | 5862E257-BB8D-8816-52EE-6D409E8387E5 |
| 3/24/2009 | 3/20/2009 | | $253,317.23 | Air Force | JXM, Inc. | 177191616 | | Operation of gov't family housing | Set by Contractor | A56E22A6-5798-9658-5F78-2DCFDAFB4E99 |
| 3/9/2009 | 3/9/2009 | $441,695.88 | $441,695.88 | Public Buildings Service | JXM Inc/MBM Incorporated Joint Venture | 177191616 | San Antonio, TX | Housekeeping (custodial janitorial) | Negotiated | 056A7248-03EA-AB9A-B2F6-62EE1EA3667E |
| 2/28/2009 | 3/1/2009 | $142,493.57 | $142,493.57 | Air Force | JXM, Inc. | 177191616 | Warren Air Force Base, WY | Operation of gov't family housing | Set by Contractor | 07780EB4-DAFE-B175-27D0-5C87F594BD00 |
| 2/28/2009 | 3/1/2009 | $106,075.00 | $106,075.00 | Air Force | JXM, Inc. | 177191616 | Warren Air Force Base, WY | Operation of gov't family housing | Set by Contractor | A02041CF-BE8A-5658-AD09-80A4307A2E9B |
| 2/27/2009 | 2/26/2009 | | $250,918.57 | Air Force | JXM, Inc. | 177191616 | | Operation of gov't family housing | Set by Contractor | 466233F1-6A7D-CBA5-091B-A13D16E89B88 |
| 1/6/2009 | 1/1/2009 | $284,987.14 | $284,987.14 | Air Force | JXM, Inc. | 177191616 | Warren Air Force Base, WY | Operation of gov't family housing | Set by Contractor | 75371C7D-C96F-62D5-CFE4-06748E4D374B |
| 1/6/2009 | 1/1/2009 | $212,150.01 | $212,150.01 | Air Force | JXM, Inc. | 177191616 | Warren Air Force Base, WY | Operation of gov't family housing | Set by Contractor | 8D34E038-209B-3C8A-A585-6B9ED8E3BD1 |
| 12/31/2008 | 1/1/2009 | | $501,836.15 | Air Force | JXM, Inc. | 177191616 | | Operation of gov't family housing | Set by Contractor | 9C3BA7B4-042C-1138-EDB5-75BD6AFE667A |
| 12/1/2008 | 11/25/2008 | $139,928.42 | $139,928.42 | Air Force | JXM Incorporated | 177191616 | Warren Air Force Base, WY | Operation of gov't family housing | Set by Contractor | 91A43070-69F4-00F1-3E07-F0DF1810A669 |
| 12/1/2008 | 11/25/2008 | $100,607.23 | $100,607.23 | Air Force | JXM Incorporated | 177191616 | Warren Air Force Base, WY | Operation of gov't family housing | Set by Contractor | 1AC14D13-C54A-BD96-562E-2A07FD93E35 |
| 11/14/2008 | 11/14/2008 | | $239,928.42 | Air Force | JXM Incorporated | 177191616 | | Operation of gov't family housing | Set by Contractor | 47054D55-F3EB-AB65-F1DC-5A58FB7BDA6D |
| 11/3/2008 | 11/1/2008 | $135,501.09 | $135,501.09 | Air Force | JXM Incorporated | 177191616 | Cheyenne, WY | Operation of gov't family housing | Set by Contractor | 859462D8-07E8-7D57-DAA8-42F5F4DC8F2B |
| 11/1/2008 | 10/31/2008 | $98,607.23 | $98,607.23 | Air Force | JXM Incorporated | 177191616 | Warren Air Force Base, WY | Operation of gov't family housing | Set by Contractor | 4042A412-C97E-30FD-3FE6-5FE57B2087FA |

| Date | Date2 | Amount | Amount2 | Agency | Contractor | ID | Location | Purpose | Pricing | Code |
|---|---|---|---|---|---|---|---|---|---|---|
| 10/3/2008 | 10/1/2008 | $144,355.75 | $144,355.75 | Air Force | JXM Incorporated | 177191616 | Warren Air Force Base, WY | Operation of gov't family housing | Set by Contractor | D33401DB-A8AF-A43E-7FC5-0043A441E3A35 |
| 10/3/2008 | 9/30/2008 | $98,607.23 | $98,607.23 | Air Force | JXM Incorporated | 177191616 | Warren Air Force Base, WY | Operation of gov't family housing | Set by Contractor | BC723EC1-54AD-DDAC-7A2F-96D46D5C4F76 |
| 9/11/2008 | 9/10/2008 | $463,856.84 | | Air Force | JXM Incorporated | 177191616 | | Operation of gov't family housing | Set by Contractor | 7F67144C-3E83-D16F-D993-34D1F638993D |
| 8/22/2008 | 8/8/2008 | $10,092.00 | $10,092.00 | Air Force | JXM Incorporated | 177191616 | Warren Air Force Base, WY | Operation of gov't family housing | Set by Contractor | D433D80F-9D96-4017-7E3E-FCEC9A7C9A8F |
| 6/30/2008 | 6/13/2008 | $419,785.26 | $419,785.26 | Air Force | JXM Incorporated | 177191616 | Warren Air Force Base, WY | Operation of gov't family housing | Set by Contractor | 711F8FA5-ED1D-EEC4-4C5A-7E6D164A6B9C |
| 6/30/2008 | 6/30/2008 | $342,000.00 | $342,000.00 | Air Force | JXM Incorporated | 177191616 | Warren Air Force Base, WY | Operation of gov't family housing | Set by Contractor | AE543B7B-9B49-B9B4-0B06-07B4C5E02EA3 |
| 6/13/2008 | 6/13/2008 | $763,785.26 | | Air Force | JXM Incorporated | 177191616 | | Operation of gov't family housing | Set by Contractor | 18FE4246-9664-051C-367F-827BEE7B477A |
| 5/30/2008 | 4/1/2008 | $8,675.28 | $8,675.28 | Public Buildings Service | JXM Inc/MBM Incorporated Joint Venture | 177191616 | Eagle Pass, TX | Housekeeping (custodial janitorial) | Negotiated | 82068AFA-2E89-01CB-08D7-8D5D54AC2467 |
| 5/8/2008 | 4/28/2008 | $15,000.00 | $15,000.00 | Air Force | JXM Incorporated | 177191616 | Warren Air Force Base, WY | Operation of gov't family housing | Set by Contractor | ED1CF9D3-FA1D-3159-0F1A-2BBE7FC0CAE6 |
| 5/8/2008 | 5/8/2008 | $15,000.00 | $15,000.00 | Air Force | JXM Incorporated | 177191616 | Warren Air Force Base, WY | Operation of gov't family housing | Set by Contractor | FBC97F76-929B-CDEF-09A3-349AE475ABF8 |
| 3/12/2008 | 3/1/2008 | $559,714.00 | $559,714.00 | Air Force | JXM Incorporated | 177191616 | Warren Air Force Base, WY | Operation of gov't family housing | Set by Contractor | 344224CF-C4F1-3357-F993-33E0EDDC7964 |
| 3/12/2008 | 3/1/2008 | $267,121.00 | $267,121.00 | Air Force | JXM Incorporated | 177191616 | Warren Air Force Base, WY | Operation of gov't family housing | Set by Contractor | 0E05A58E-9827-0B56-DEFA-959D74C63FE0 |
| 3/11/2008 | 3/7/2008 | $7,500.00 | | Air Force | JXM Incorporated | 177191616 | | Operation of gov't family housing | Set by Contractor | A896D9ED-F1DC-6423-6B58-73CD45F3169C |
| 3/3/2008 | 4/1/2008 | $432,451.56 | $432,451.56 | Public Buildings Service | JXM Inc/MBM Incorporated Joint Venture | 177191616 | Eagle Pass, TX | Housekeeping (custodial janitorial) | Negotiated | B78EFE3B-E4F2-1193-CFCC-A389A47060BD |
| 2/1/2008 | 2/1/2008 | $139,928.00 | $139,928.00 | Air Force | JXM Incorporated | 177191616 | Warren Air Force Base, WY | Operation of gov't family housing | Set by Contractor | 15B736CC-7B94-4577-5762-B68CDA713FE6 |
| 2/1/2008 | 2/1/2008 | $66,780.00 | $66,780.00 | Air Force | JXM Incorporated | 177191616 | Warren Air Force Base, WY | Operation of gov't family housing | Set by Contractor | DEDF170E-82A3-60CB-0662-568479DC3853 |
| 1/4/2008 | 1/1/2008 | $139,928.00 | $139,928.00 | Air Force | JXM Incorporated | 177191616 | Warren Air Force Base, WY | Operation of gov't family housing | Set by Contractor | DF90A477-B970-3139-6EB7-2C4896C6C3C5 |
| 1/4/2008 | 1/1/2008 | $66,780.00 | $66,780.00 | Air Force | JXM Incorporated | 177191616 | Warren Air Force Base, WY | Operation of gov't family housing | Set by Contractor | BB232480-EA20-0E4B-974E-83F55181FD63 |
| 12/21/2007 | 1/1/2008 | $1,042,411.00 | | Air Force | JXM Incorporated | 177191616 | | Operation of gov't family housing | Set by Contractor | 7EFCF19E-3A34-D876-F00A-7827A80C3447 |
| 12/6/2007 | 12/1/2007 | $98,607.00 | $98,607.00 | Air Force | JXM Inc/MBM Incorporated Joint Venture | 177191616 | Warren Air Force Base, WY | Operation of gov't family housing | Set by Contractor | 07AB97B7-74D9-D7BB-A042-979AC099124 |
| 12/5/2007 | 12/1/2007 | $9,430.00 | | Air Force | JXM Inc/MBM Incorporated Joint Venture | 177191616 | | Operation of gov't family housing | Set by Contractor | 58E62003-D7B1-D566-9922-DFC3B0AEE4DC |
| 11/30/2007 | 12/1/2007 | $128,219.00 | $128,219.00 | Air Force | JXM Inc/MBM Incorporated Joint Venture | 177191616 | Warren Air Force Base, WY | Operation of gov't family housing | Set by Contractor | C91D5FB2-3709-E8CA-6B76-D94D34F4F101 |
| 10/1/2007 | 10/1/2007 | $128,219.00 | $128,219.00 | Air Force | JXM Inc/MBM Incorporated Joint Venture | 177191616 | Warren Air Force Base, WY | Operation of gov't family housing | Set by Contractor | C32C1EFC-BCB2-03B3-E160-3FC5C619B1F5 |
| 10/1/2007 | 9/29/2007 | $96,607.00 | $96,607.00 | Air Force | JXM Inc/MBM Incorporated Joint Venture | 177191616 | Warren Air Force Base, WY | Operation of gov't family housing | Set by Contractor | 56255FA-9A38-021D-89F2-EAAB206D4628 |
| 10/1/2007 | 10/1/2007 | $16,089.00 | $16,089.00 | Air Force | JXM Inc/MBM Incorporated Joint Venture | 177191616 | Warren Air Force Base, WY | Operation of gov't family housing | Set by Contractor | 34C7FEB5-A620-9A2B-0AC0-9B3AF556D90E |

# EXHIBIT 3

Selected Transactions for Which Defendants Represented HUBZone Eligibility

| Date Signed | Date Effective | Dollars Obligated | Dollars, Base and All Options Value | U.S. Agency | Entity Awarded Contract | DUNS Number | Place of Performance | Type of Services | Transaction ID |
|---|---|---|---|---|---|---|---|---|---|
| 4/30/2012 | 4/30/2012 | $715,871.16 | $715,871.16 | Army | Main Building Maintenance Incorporated | 86280187 | San Antonio, TX | Housekeeping (custodial janitorial) | 8894989E-2AFC-D400-2864-30C3CE411347 |
| 3/15/2012 | 3/13/2012 | $357,935.58 | $357,935.58 | Army | Main Building Maintenance Incorporated | 86280187 | San Antonio, TX | Housekeeping (custodial janitorial) | 0EB7BE5B-EBDF-E62B-A55C-C199AFDB66EB |
| 12/29/2011 | 12/28/2011 | $1,073,806.74 | $1,073,806.74 | Army | Main Building Maintenance Incorporated | 86280187 | San Antonio, TX | Housekeeping (custodial janitorial) | C9D0185B-31FC-E591-7EBF-BFF8AE6D35C |
| 5/16/2011 | 5/13/2011 | $13,242.55 | $13,242.55 | Army | Main Building Maintenance Incorporated | 86280187 | San Antonio, TX | Housekeeping (custodial janitorial) | E3639D8B-D6D9-75AF-23B6-983CE61F8F9D |
| 5/12/2011 | 5/12/2011 | $34,535.31 | $34,535.31 | Army | Main Building Maintenance Incorporated | 86280187 | San Antonio, TX | Housekeeping (custodial janitorial) | 0D90E492-224B-B8D6-DBBF-C2A920C2F4AD |
| 5/11/2011 | 5/10/2011 | $26,976.16 | $26,976.16 | Army | Main Building Maintenance Incorporated | 86280187 | San Antonio, TX | Housekeeping (custodial janitorial) | 7197355D-D325-DBA6-6686-9BCDFB4D101B |
| 3/30/2011 | 3/29/2011 | $10,431.10 | $10,431.10 | Army | Main Building Maintenance Incorporated | 86280187 | San Antonio, TX | Housekeeping (custodial janitorial) | E88ACB2B-559F-0156-3AE2-015E452C5192 |
| 3/10/2011 | 10/1/2010 | $59,296.86 | $59,296.86 | Army | JXM Inc/MBM Inc Joint Venture | 131907672 | Fort Meade, MD | Housekeeping (custodial janitorial) | 3BD0784C-8A90-FF8C-F1D6-DB86982A8D0 |
| 1/6/2011 | 1/4/2011 | $4,032,504.48 | $4,032,504.48 | Army | Main Building Maintenance Incorporated | 86280187 | San Antonio, TX | Housekeeping (custodial janitorial) | 2B927568-CF4F-14C2-44BD-FA7D89980773 |
| 11/17/2010 | 11/16/2010 | $10,557.60 | $10,557.60 | Army | Main Building Maintenance Incorporated | 86280187 | San Antonio, TX | Housekeeping (custodial janitorial) | E37D589E-422A-6C70-6756-B5056221FBC4 |
| 11/5/2010 | 11/4/2010 | $40,692.70 | $40,692.70 | Army | Main Building Maintenance Incorporated | 86280187 | San Antonio, TX | Housekeeping (custodial janitorial) | E58D625D-D346-11DE-C4E9-98E5149A447C |
| 10/22/2010 | 10/22/2010 | $115,124.54 | $115,124.54 | Army | Main Building Maintenance Incorporated | 86280187 | San Antonio, TX | Housekeeping (custodial janitorial) | 1D9CC64E-BD90-9825-89B8-EE67AC0A2944 |
| 8/10/2010 | 8/9/2010 | $56,969.78 | $56,969.78 | Army | Main Building Maintenance Incorporated | 86280187 | San Antonio, TX | Housekeeping (custodial janitorial) | CAD79978-0AF8-9C61-2B55-1FA130F6E085 |
| 4/14/2010 | 4/14/2010 | $81,193.44 | $81,193.44 | Army | Main Building Maintenance Incorporated | 86280187 | San Antonio, TX | Housekeeping (custodial janitorial) | E9D24587-F4C9-010F-4843-ACBA95E357A0 |
| 3/24/2010 | 3/24/2010 | $26,704.76 | $26,704.76 | Army | Main Building Maintenance Incorporated | 86280187 | El Paso, TX | Housekeeping (custodial janitorial) | 29C0DAF5-D1BB-D6B6-3F87-1C3EE792EDE4 |
| 3/16/2010 | 3/16/2010 | $395,834.40 | $395,834.40 | Army | Main Building Maintenance Incorporated | 86280187 | El Paso, TX | Housekeeping (custodial janitorial) | DFD892F5-27E2-E089-68E1-D64509SB4FAD |
| 2/25/2010 | 2/24/2010 | $88,316.88 | $484,151.28 | Army | Main Building Maintenance Incorporated | 86280187 | El Paso, TX | Housekeeping (custodial janitorial) | 05610A4B-5903-45CE-0B6B-7337SA59DB57 |
| 2/3/2010 | 1/29/2010 | $2,713,661.28 | $2,713,661.28 | Army | Main Building Maintenance Incorporated | 86280187 | San Antonio, TX | Housekeeping (custodial janitorial) | A765CF7C-97D7-F044-B46C-ADF298AF816D |
| 11/24/2009 | 11/24/2009 | $88,412.64 | $88,412.64 | Army | JXM Inc/MBM Inc Joint Venture | 131907672 | Washington, DC | Housekeeping (custodial janitorial) | 72CE818C-0E1C-D296-EA69-70D10C36B60F |
| 6/10/2009 | 6/10/2009 | $61,571.55 | $61,571.55 | Army | Main Building Maintenance Incorporated | 86280187 | El Paso, TX | Housekeeping (custodial janitorial) | AF9A88BD-7E5B-1BDC-0C29-C78B1B97F2C7 |
| 3/2/2009 | 3/2/2009 | $91,555.44 | $91,555.44 | Army | Main Building Maintenance Incorporated | 86280187 | El Paso, TX | Housekeeping (custodial janitorial) | A41AFD96-84C8-8972-B93B-EE02B913765A |
| 2/9/2009 | 2/9/2009 | $109,880.37 | $109,880.37 | Army | Main Building Maintenance Incorporated | 86280187 | El Paso, TX | Housekeeping (custodial janitorial) | 46520358-C6AE-E2DE-1769-751D7AE9099C |
| 12/5/2008 | 12/5/2008 | $2,844,724.08 | $2,844,724.08 | Army | Main Building Maintenance Incorporated | 86280187 | El Paso, TX | Housekeeping (custodial janitorial) | 55621F85-9062-0BA9-33F6-EEA5BB0D7726 |
| 12/3/2008 | 12/3/2008 | $171,449.16 | $171,449.16 | Army | JXM Inc/MBM Inc Joint Venture | 131907672 | Washington, DC | Housekeeping (custodial janitorial) | EC40B85A-E872-257E-8C0E-35237DE2B4CF |
| 10/1/2008 | 10/1/2008 | $1,408,066.08 | $1,408,066.08 | Army | JXM Inc/MBM Inc Joint Venture | 131907672 | Washington, DC | Housekeeping (custodial janitorial) | 999E4DBC-2D47-A317-6E4D-596A650F2B28 |
| 9/30/2008 | 9/30/2008 | -$195.97 | $24,198.59 | Veterans Affairs | JXM Incorporated | 131907672 | Scott Air Force Base, IL | Housekeeping (other) | 38BA646B-CE82-11C3-FEA5-4E14BD8D354B |
| 9/18/2008 | 9/15/2008 | $769.70 | $51,513.98 | Veterans Affairs | JXM Incorporated | 131907672 | Scott Air Force Base, IL | Housekeeping (other) | 8BE54FD9-2AE1-EB1D-ADEA-D9DD02053AB6 |
| 6/10/2008 | 6/10/2008 | $25,761.71 | $25,761.71 | Army | Main Building Maintenance Incorporated | 86280187 | El Paso, TX | Housekeeping (custodial janitorial) | B47FD9D0-3A23-C758-1ADE-EF405F424C5 |
| 5/15/2008 | 5/15/2008 | $10,438.04 | $91,151.15 | Veterans Affairs | JXM Incorporated | 131907672 | Biloxi, MS | Housekeeping (other) | 3BC48188-0CCC-F348-2CF5-3C3608ODC1E5 |
| 4/8/2008 | 3/1/2008 | $23,944.05 | $143,561.55 | Veterans Affairs | JXM Incorporated | 131907672 | Biloxi, MS | Housekeeping (other) | B297099A-A3D1-C2B0-6D8E-117FAF6F23F2 |
| 3/4/2008 | 1/7/2008 | $56,650.45 | $288,231.25 | Veterans Affairs | JXM Incorporated | 131907672 | Lackland Air Force Base, TX | Housekeeping (other) | FECF52EE-7B05-101E-E97B-F958069B3D12 |
| 2/5/2008 | 2/4/2008 | $342,810.50 | $342,810.50 | Army | Main Building Maintenance Incorporated | 86280187 | El Paso, TX | Housekeeping (custodial janitorial) | 13E36CA0-0BE3-C791-D229-65D9C720B6D |
| 12/20/2007 | 1/1/2008 | $2,545,351.00 | $2,545,351.00 | Army | Main Building Maintenance Incorporated | 86280187 | El Paso, TX | Housekeeping (custodial janitorial) | B5736E2B-BBAC-59F9-BBD3-750A1CC6B2B |
| 11/26/2007 | 10/1/2007 | $111,850.52 | $111,850.52 | Veterans Affairs | JXM Incorporated | 131907672 | Lackland Air Force Base, TX | Housekeeping (other) | C5CC632E-4E0A-A0FD-228A-A535A4EF15DD |
| 11/26/2007 | 9/30/2007 | $44,737.08 | $44,737.08 | Veterans Affairs | JXM Incorporated | 131907672 | Biloxi, MS | Housekeeping (other) | 31A57580-9860-3269-45A4-0E54474B0DDD |
| 11/2/2007 | 11/2/2007 | $128,219.00 | $128,219.00 | Air Force | JXM Inc/MBM Incorporated Joint Venture | 177191616 | Warren Air Force Base, WY | Operation of gov't family housing | 44A9C79A-92F4-82FE-E066-F99C638BD2E2 |
| 10/31/2007 | 11/1/2007 | $96,607.00 | $96,607.00 | Air Force | JXM Inc/MBM Incorporated Joint Venture | 177191616 | Warren Air Force Base, WY | Operation of gov't family housing | A3B04446-7F9E-2E74-BD64-7FEBCSF9A9B0 |
| 10/1/2007 | 10/1/2007 | $6,798,443.14 | $6,798,443.14 | Veterans Affairs | JXM Incorporated | 131907672 | Lackland Air Force Base, TX | Housekeeping (other) | 19CC1EB8-B696-5671-68EA-29E0F76FFD8F |
| 10/1/2007 | 10/1/2007 | $1,998,163.24 | $1,998,163.24 | Veterans Affairs | JXM Incorporated | 131907672 | Biloxi, MS | Housekeeping (other) | 16A76E6B-C226-AAE2-6CC1-26500EC32DC0 |
| 10/1/2007 | 10/1/2007 | $1,162,792.70 | $1,162,792.70 | Veterans Affairs | JXM Incorporated | 131907672 | Whiteman Air Force Base, MO | Housekeeping (other) | DEF351E6-9A82-1115-3CED-BEC175FEE249 |