# Exhibit B

NO. 9634-P

| | | |
|---|---|---|
| IN RE ESTATE OF | § | IN THE COUNTY COURT |
| | § | |
| MIGUEL ALONSO HERNANDEZ, | § | AT LAW NO. 1 |
| | § | |
| DECEASED | § | HAYS COUNTY, TEXAS |

## ORDER DECLARING RICARDO PEREZ HERNANDEZ, JUANITA PEREZ HERNANDEZ, DANIEL MONTES, JR. AND ELIZABETH HERNANDEZ HUDSON VEXATIOUS LITIGANTS

On October 10, 2003, came on for hearing Respondent's Claire Louis Bourgeois Grubbs' Motion to Declare Ricardo Perez Hernandez, Juanita Perez Hernandez, Daniel Montes, Jr. and Elizabeth Hernandez Hudson ("Hernandez Family") Vexatious Litigants. After considering the Motion, including the evidence attached thereto, the responses filed by the Hernandez Family, and all other things properly before it, the Court finds that (i) there is not a reasonable probability that the Hernandez Family will prevail in the litigation against Respondents in this suit, (ii) that the Hernandez Family has repeatedly relitigated or attempted to relitigate causes of action, claims, controversies, or any of the issues of fact or law relating determined against them.

It is, therefore, ORDERED that Ricardo Perez Hernandez, Juanita Perez Hernandez, Daniel Montes, Jr. and Elizabeth Hernandez Hudson are hereby declared vexatious litigants under section 11.504 of the Texas Civil Practice and Remedies Code. This Court also ORDERS that Ricardo Perez Hernandez, Juanita Perez Hernandez, Daniel Montes, Jr. and Elizabeth Hernandez Hudson are prohibited from filing, in *propria persona*, a new litigation in a court in this state without seeking prior permission under section 11.102 of the Texas Civil Practice and Remedies Code.

Signed October 22, 2003.

HOWARD S. WARNER, II
JUDGE PRESIDING



EXHIBIT "E"