# Exhibit E

FILED
9/4/2015 3:23:51 PM
Jo Anne Prado
Justice of the Peace
Precinct 1, Place 1
Hays County, Texas

CASE NO. S15-013J11

| | | |
|---|---|---|
| DANIEL MONTES | § | IN THE JUSTICE COURT |
| | § | |
| VS. | § | PRECINCT 1, PLACE 1 |
| | § | |
| LIZA MASTELLAR AND | § | |
| HENRY MASTELLAR | § | HAYS COUNTY, TEXAS |

## ORDER TO DISMISS PURSUANT TO SECTION 11.1035(B) OF THE TEXAS CIVIL PRACTICE AND REMEDIES CODE

TO THE HONORABLE JUDGE OF SAID COURT:

After considering the Motion to Dismiss Pursuant to Section 11.1035(b) of the Texas Civil Practice and Remedies Code, filed by ELVIRA HERNANDEZ XIMENES, Defendant, the Court GRANTS the motion and dismisses plaintiff's suit because:

1. Daniel Montes, Plaintiff, filed this litigation pro se.

2. Plaintiff is subject to a pre-filing order and was required to obtain permission to file litigation pro se.

2. Plaintiff did not obtain an order from the appropriate local administrative judge, permitting the filing of the litigation, prior to filing this litigation pro se as required by section 11.102(a) of the Texas Civil Practice and Remedies Code.

3. On August 18, 2015, ELVIRA HERNANDEZ XIMENES, Defendant, filed a Notice that Small Claims Petition was Mistakenly Filed by a Vexatious Litigant Subject to a Pre-filing Order and Required to Obtain Permission to File Litigation ("Notice") in this Case.

4. Plaintiff failed to obtain an order from the appropriate local administrative judge permitting the filing of this litigation within ten (10) days of the date the Notice

Page 1 of 2

was filed.

Based on the Court's finding that this litigation was mistakenly filed by a clerk, IT IS ORDERED, ADJUDGED and DECREED that the above styled cause is hereby dismissed pursuant to section 11.1035(b) of the Texas Civil Practice and Remedies Code.

SIGNED and ENTERED on September 28, 2015.



JUDGE JO ANN PRADO

PREPARED BY:

THE SHAW CORPORATION
    Attorneys at Law
P.O. Box 91049
San Antonio, Texas 78209

Telephone: (210) 227-3737
Facsimile: (210) 366-0805
E-mail: ShawCorporation@aol.com

By: _____
Ronald J. Shaw
State Bar No. 18152300
Attorney for Elvira Hernandez Ximenes