# Exhibit G

CAUSE NO. 141-206562-04

| | | |
|---|---|---|
| DANIEL MONTES, JR., D/B/A CONTRACT BUILDERS, PLAINTIFF, | § § § § | IN THE DISTRICT COURT |
| VS. | § § | TARRANT COUNTY, TEXAS |
| LAURA C. WAECHTER in her official capacities, and COUNTY OF TARRANT as surety for Laura C. Waechter, JOINTLY AND INDIVIDUALLY DEFENDANTS. | § § § § § § | 141st JUDICIAL DISTRICT |

## ORDER GRANTING DEFENDANTS' MOTION TO DEEM PLANTIFF A VEXATIOUS LITIGANT AND MOTION FOR PROTECTIVE ORDER

On the 3rd day of March, 2005, came on for hearing Defendants' Motion to Deem Plaintiff a Vexatious Litigant and Motion for Protective Order.

Daniel Montes, Plaintiff, Pro Se, appeared and announced ready. Defendants Tarrant County and Laura Waechter appeared by and through their counsel and announced ready.

The Court, having reviewed Defendants' Motion to Deem Daniel Montes A Vexatious Litigant, the exhibits thereto and the Response to Defendants' motion, and after hearing argument of counsel, makes the following findings and enters the following orders:

The Court does not find TEX. CIV. PRAC. & REM. CODE, Chapter 11 to be unconstitutional.

The Court finds and deems Daniel Montes to be a vexatious litigant pursuant to TEX. CIV. PRAC. & REM. CODE, Chapter 11, *as it applies to this case. LAW*

ORDER ON DEFENDANTS' MOTION TO DEEM
PLANTIFF A VEXATIOUS LITIGANT AND MOTION FOR PROTECTIVE ORDER
CAUSE NO. 141-206562-04 (MONTES)                                                PAGE 1

SCANNED

Court's Minutes
Transaction # 040

-no copy-

The Court ORDERS Plaintiff Daniel Montes to furnish security in the amount of $500.00 and to furnish sufficient proof of such security within thirty (30) days of the date of this Order.

The Court GRANTS Defendants' Motion for Protective Order and ORDERS that Defendants have until thirty (30) days after Plaintiff has furnished the security as required by this Order, to respond or otherwise object to Plaintiff's outstanding discovery requests.

This Order does not require Plaintiff Daniel Montes to obtain permission of the Local Administrative Judge prior to filing new litigation, as described in TEX. CIV. PRAC. & REM. CODE § 11.101.

IT IS SO ORDERED.

SIGNED on this __31st__ day of __March__, 2005.

_____
JUDGE PRESIDING