# Exhibit H

424C

CAUSE NO. 08-00304-C

| | | |
|---|---|---|
| DANIEL MONTES, JR. | § | IN THE DISTRICT COURT |
| | § | |
| v. | § | OF DALLAS COUNTY TEXAS |
| | § | |
| JEFFREY P. RANSOM, #6952 *et al.* | § | 68th JUDICIAL DISTRICT |

## ORDER

On March 24, 2008, came on for hearing the motion of Defendants Jeffrey P. Ransom and Demarquis F. Black, pursuant to Texas Civil Practice and Remedies Code chapter 11, subchapters B and C, requesting that the Court declare Plaintiff, Daniel Montes, Jr., a vexatious litigant. The Court, having considered the evidence presented at the hearing and the written and oral arguments of the parties and counsel, is of the opinion that the motion has merit and should be granted.

It is accordingly ORDERED that Defendants Ransom and Black's motion to declare Plaintiff and vexation litigant is GRANTED. The Court FINDS Plaintiff, Daniel Montes, Jr., to be a vexatious litigant. The Court also ORDERS Plaintiff to provide security in the amount of $2500 [within 14 days of this date & this order] for the benefit of Defendants Ransom and Black, such security being an undertaking by Plaintiff to assure payment to Defendants Ransom and Black of their reasonable expenses incurred in or in connection with this lawsuit, including costs and attorney fees. The Court further ORDERS, under the authority of Texas Civil and Remedies Code section 11.051, that Plaintiff is PROHIBITED from filing, in propria persona, a new litigation in a court in this state without first obtaining permission from the local administrative judge of the court in which he intends to file the new litigation. [Underlinement]

SIGNED on March 24, 2008.

_____
JUDGE PRESIDING

Order                                                                 Solo Page