# Exhibit O

| | |
|---|---|
| **From:** | Daniel Montes <plantoperationsdirector@gmail.com> |
| **Sent:** | Friday, February 19, 2016 5:00 PM |
| **To:** | Ronald Shaw; Elvira Ximenes; jximenes@jxminc.com; glennareedcpa@satx.rr.com |
| **Subject:** | Re: Your very last chance |

Elvira,

HOLY SHIT!  SETTLEMENT OFFER IS WITHDRAWN.  Grandma's attorney just filed everything.  YOU ARE SCREWED MY DARLING.

SEE YOU AT JURY TRIAL, YOU NIGGERS.


Thank you,

Daniel Montes
469-765-5427
plantoperationsdirector@gmail.com

On Fri, Feb 19, 2016 at 3:20 PM, Daniel Montes <plantoperationsdirector@gmail.com> wrote:

> Elvira,
>
> This is your very last chance to settle with Grandma.
>
> All for Grandma now, mom in charge of Grandma and assets, and after she passes you get 50% of Grandma and Ricardo's estates, including what you've spent of your own personal money, ie attys fees, taxes, assoc fees, etc.  That's A SWEET deal.
>
> If you refuse and we go to jury trial, Grandma WILL win, mom becomes executrix and you and your partners Jose and Mirthala all get ZERO from Ricardo's estate.  Also, you personally will be liable for the estate personal assets at $150k.  Trust me, Grandma and the new executrix WILL pursue you for all the estate assets, attys fees, etc.  Your and the estates money claims will be denied.
>
> This is YOUR very last chance to salvage your investment.  Otherwise you will get NOTHING and OWE the estate ALOT
>
> Call me now to make an arrangement where we ALL can meet.
>
> Once Grandma's atty files the paperwork that this offer is withdrawn.
>
> It's your decision.
>
>
> Thank you,
>
> /s/Daniel Montes
> Grandson of Juana

469-765-5427 cell
plantoperationsdirector@gmail.com