# Exhibit R

| | |
|---|---|
| **From:** | Daniel Montes <plantoperationsdirector@gmail.com> |
| **Sent:** | Friday, March 4, 2016 1:28 PM |
| **To:** | glennareedcpa@satx.rr.com; Elvira Ximenes; jximenes@jxminc.com; Ronald Shaw |
| **Subject:** | Re: Very good. |

Shaw,

Call Rene Garner and set the hearing on your two filed motions.  Also, give us notice of this hearing, date and time.  We will BE THERE.

As before, NO SALE, bc it belongs to Grandma.  Let me guess, you lost the holographic how convenient.  We're submitting a copy to the Court.  Keep playing your game, Shaw.  This next meeting you will the tide turn on your clients.  Remember my words.

I call the shots.  Your clients motions are opposed.

See you monkeys soon.


Thank you,

/s/Daniel Montes
Grandson of Juana
469-765-5427 cell
plantoperationsdirector@gmail.com



On Mar 4, 2016 1:04 PM, "Daniel Montes" <plantoperationsdirector@gmail.com> wrote:

Elvira,

When mom becomes executrix that all of your claims and expenses WILL be rejected, bc YOU committed estate fraud with your will.  Get ready for jury trial.

Go ahead and collect on me and see what happens.  This is YOUR fair warning.

Shaw,  please set your two motions for hearing and I will meet you there.  Again, private sale to Elvira is NOT approved.  Let me know what day and time.


Thank you,

/s/Daniel Montes
Grandson of Juana
469-765-5427 cell
plantoperationsdirector@gmail.com