# Exhibit S

| | |
|---|---|
| **From:** | Daniel Montes <plantoperationsdirector@gmail.com> |
| **Sent:** | Monday, March 7, 2016 7:41 PM |
| **To:** | Ronald Shaw; glennareedcpa@satx.rr.com; Elvira Ximenes; jximenes@jxminc.com |
| **Subject:** | So Niggers |

Shaw,

Holy cow.  You going to defend Elvira's will now Shaw.  You got grandmas pet to probate Ricardos Holographic, your favorite two nigger judges are out, and the bill for review striking Elvira's will.  Jesus Christ.  How are you going to explain this to your retarded clients especially that fat assed Elvira.

Elvira is going to ask you, I thought you said we won, Shaw?   Jqjjajajajajaj.

Shaw, you, Reed, and Elvira are going to get RIPPED apart by Tate.  I cannot believe it.  Grandma finally gets her day in court.  Tate is the BEST probate atty in the State of Texas.

Clear your calendar niggas.  No, you don't need time to prepare for shit.  You've had two years and I told YOU this was coming.

Tell your clients that my lien stays, and NO SALE until I say so.  Believe it!

See y'all niggas in court.

Thank you,

/s/Daniel Montes
The Nephew and Grandson
469-765-5427 cell
plantoperationsdirector@gmail.com