UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

UNITED STATES OF AMERICA
*ex rel.* DANIEL MONTES, JR. and
ELIZABETH H. HUDSON,
    Plaintiffs-Relators,

v.                           No. 5:16-CV-0523-JKP-RBF

MAIN BUILDING MAINTENANCE,
INC., JXM, INC., ROBERT A.
XIMENES, ELVIRA H. XIMENES, and
MARGAUX I. XIMENES,
    Defendants.

## ORDER

This matter is set for hearing **December 17, 2020 at 9:00 AM** before U.S. District Judge Jason Pulliam in Courtroom 4, on the Third Floor of the John H. Wood, Jr. United States Courthouse, 655 East Cesar E. Chavez Boulevard, San Antonio, TX. No one will be permitted to enter the courthouse without wearing a face covering found to be adequate by Court Security. Anyone entering the Courthouse must present a photo ID, must pass screening procedures, and must follow social-distancing instructions as directed by Court Security. All persons must wear a face covering at all times when in the public areas of the courthouse. Questions may be directed to Magda Muzza, Courtroom Deputy. She can be reached at (210) 244-5021 or Magda_Muzza@txwd.uscourts.gov.

The court will hear arguments on *Defendants' Motion for Judgment on the Pleadings* (ECF No. 71). Evidence presented shall be cited by the ECF numbers affixed to the documents at filing.

It is so ORDERED this 1st day of December 2020.

_____
JASON PULLIAM
UNITED STATES DISTRICT JUDGE