UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

**UNITED STATES OF AMERICA**
*ex rel.* **DANIEL MONTES, JR.** and
**ELIZABETH H. HUDSON,**
   Plaintiffs-Relators,

v.                                                            No. 5:16-CV-0523-JKP-RBF

**MAIN BUILDING MAINTENANCE,
INC., JXM, INC., ROBERT A.
XIMENES, ELVIRA H. XIMENES,** and
**MARGAUX I. XIMENES,**
   Defendants.

## ORDER

This matter is before the Court sua sponte. Having been made aware that counsel will have to travel by air to appear in person, the hearing set for December 17, 2020 at 9:00 AM will proceed via ZOOM. Any participant who has not received the Zoom invitation two business days prior to the hearing must contact Magda Muzza, Courtroom Deputy, at (210) 244-5021 or Magda_Muzza@txwd.uscourts.gov. Participants unfamiliar with Zoom should test the application at least 24 hours prior to the conference.

SIGNED this 2nd day of December 2020.

_____
JASON PULLIAM
UNITED STATES DISTRICT JUDGE