**UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA *ex rel.* DANIEL MONTES, JR. and ELIZABETH H. HUDSON,** | § | |
| **Plaintiffs-Relators,** | § | |
| **v.** | § | **CIVIL ACTION NO. 5:16-CV-523-JKP** |
| **MAIN BUILDING MAINTENANCE, INC., JXM, INC., ROBERT A. XIMENES, ELVIRA H. XIMENES, and MARGAUX I. XIMENES,** | § | |
| **Defendants.** | § | |

**JOINT MOTION FOR STATUS CONFERENCE**

TO THE HONORABLE COURT:

Defendants Main Building Maintenance, Inc. and JXM, Inc., Robert A. Ximenes and Elvira H. Ximenes, and Margaux I. Ximenes (collectively, "**Defendants**") along with Relators Daniel Montes, Jr. and Elizabeth H. Hudson (together, "**Plaintiffs**") file this Joint Motion for Status Conference. In support of this motion, the parties would respectfully show:

1. On October 15, 2021, the Court entered an Amended Scheduling Order (the "**Scheduling Order**"). ECF No. 94.

2. On December 21, 2021, the parties filed a joint motion to extend certain deadlines set in the Scheduling Order and for entry of an agreed second amended scheduling order (the "**First Joint Motion**"). ECF No. 95. The Court has not yet issued a ruling or scheduling a hearing on the First Joint Motion.

3. At the time the First Joint Motion was filed, none of the deadlines in the Scheduling Order had passed. At this juncture, however, one of the deadlines has passed and several more are approaching:

- January 4: Relators' expert disclosures (*expired*)
- February 4: Defendants' expert disclosures
- March 7: Discovery deadline
- March 21: *Daubert* motion deadline
- April 21: dispositive judgment motion deadline

*See* ECF No. 94 ¶1, 2, 5, 7, 8.

4. Accordingly, the parties request a brief status conference as soon as practicable to answer any concerns the Court may have about the First Joint Motion and to urge their joint request for entry of the proposed Agreed Second Amended Scheduling Order.

5. Alternatively, should the Court grant the First Joint Motion and enter the Agreed Second Amended Scheduling Order, the parties believe a status conference would not be necessary.

DATED: January 28, 2022.

Respectfully submitted,

**DAVIS & SANTOS, PLLC**

By: */s/Caroline Newman Small*
Jason M. Davis
State Bar No. 00793592
Email: *jdavis@dslawpc.com*
Jay Hulings
State Bar No. 24104573
Email: *jhulings@dslawpc.com*
Caroline Newman Small
State Bar No. 24056037

Email: csmall@dslawpc.com
719 S. Flores Street
San Antonio, Texas 78204
Tel: (210) 853-5582
Fax: (210) 200-8395
***Counsel for Defendants JXM, Inc. and Margaux I. Ximenes***

**SHAW LAW PLLC**

By: */s/Ronald J. Shaw*
Ronald J. Shaw
State Bar No. 18152300
Email: attorney@shawlawpllc.com
5150 Broadway, Unit 619
San Antonio, Texas 78209
Tel: (210) 227-3737
Fax: (210) 366-0805
***Counsel for Defendants Main Building Maintenance, Inc., Elvira H. Ximenes, and Robert A. Ximenes***

**GREENE, LLP**

By: */s/Michael Tabb*
Thomas M. Greene
Mass. BBO # 210020 *pro hac vice*
tgreene@greenellp.com
Michael Tabb
Mass. BBO # 491310 *pro hac vice*
matabb@greenellp.com
Ryan P. Morrison
Mass. BBO # 680238 *pro hac vice*
rmorrison@greenellp.com
Tucker D. Greene
Mass. BBO # 682943 *pro hac vice*
tucker.greene@greenellp.com
One Liberty Square, Suite 1200
Boston, MA 02109
(617) 261-0040 (Telephone)
(617) 507-6559 (Facsimile)
***Counsel for Plaintiffs-Relators***

**CERTIFICATE OF SERVICE**

I certify that on the January 28, 2022, the foregoing document was electronically filed with the Clerk of the Court using the CM/ECF system and all counsel of record will receive an electronic copy via the Court's CM/ECF system.

*/s/ Caroline Newman Small*
Caroline Newman Small