UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| **UNITED STATES of AMERICA** <u>**ex rel.**</u> **ELIZABETH H. HUDSON and, DANIEL MONTES, JR.**<br><br>      Plaintiff–Relators,<br><br>v.<br><br>**MAIN BUILDING MAINTENANCE, INC.; JXM, INC.; ROBERT A. XIMENES; ELVIRA H. XIMENES; and MARGAUX I. XIMENES,**<br><br>      Defendants | Civil Action No.:<br>5-16-CV-00523-JKP-RBF |

**ADVISORY TO THE COURT REGARDING NOTICE OF WITHDRAWAL OF RELATORS' CONTESTED MOTION TO VOLUNTARILY DISMISS DANIEL MONTES, JR. PURSUANT TO RULE 41(a)(2)**

In light of today's filing of the parties' joint Notice of Stipulation Regarding Dismissal of Relator Daniel Montes, Jr. (ECF #101), Relators Daniel Montes, Jr. and Elizabeth H. Hudson (together, "Relators") file this notice to withdraw their motion filed February 4, 2022 to voluntarily dismiss Daniel Montes, Jr. (ECF #97).

Dated: February 18, 2022　　　　　　　　　　*/s/ Michael Tabb*
　　　　　　　　　　　　　　　　　　　　　　Thomas M. Greene
　　　　　　　　　　　　　　　　　　　　　　Mass. BBO# 210020*
　　　　　　　　　　　　　　　　　　　　　　tgreene@greenellp.com
　　　　　　　　　　　　　　　　　　　　　　Michael Tabb
　　　　　　　　　　　　　　　　　　　　　　Mass. BBO# 491310*
　　　　　　　　　　　　　　　　　　　　　　matabb@greenellp.com
　　　　　　　　　　　　　　　　　　　　　　Ryan P. Morrison
　　　　　　　　　　　　　　　　　　　　　　Mass. BBO# 680238*
　　　　　　　　　　　　　　　　　　　　　　rmorrison@greenellp.com
　　　　　　　　　　　　　　　　　　　　　　Tucker D. Greene
　　　　　　　　　　　　　　　　　　　　　　Mass. BBO# 682943*
　　　　　　　　　　　　　　　　　　　　　　tucker.greene@greenellp.com
　　　　　　　　　　　　　　　　　　　　　　**GREENE**LLP
　　　　　　　　　　　　　　　　　　　　　　One Liberty Square, Suite 1200
　　　　　　　　　　　　　　　　　　　　　　Boston, MA 02109
　　　　　　　　　　　　　　　　　　　　　　(617) 261-0040 (Telephone)
　　　　　　　　　　　　　　　　　　　　　　(617) 507-6559 (Facsimile)
　　　　　　　　　　　　　　　　　　　　　　**admitted pro hac vice*

　　　　　　　　　　　　　　　　　　　　　　Charles S. Siegel
　　　　　　　　　　　　　　　　　　　　　　Texas State Bar No. 18341875
　　　　　　　　　　　　　　　　　　　　　　siegel@waterskraus.com
　　　　　　　　　　　　　　　　　　　　　　Caitlyn E. Silhan
　　　　　　　　　　　　　　　　　　　　　　Texas State Bar No. 24072879
　　　　　　　　　　　　　　　　　　　　　　csilhan@waterskraus.com
　　　　　　　　　　　　　　　　　　　　　　Waters & Kraus, LLP
　　　　　　　　　　　　　　　　　　　　　　3219 McKinney Avenue
　　　　　　　　　　　　　　　　　　　　　　Dallas, TX 75204
　　　　　　　　　　　　　　　　　　　　　　(214) 357-6244 (Telephone)
　　　　　　　　　　　　　　　　　　　　　　(214) 871-2263 (Facsimile)

## CERTIFICATE OF SERVICE

　　　　I hereby certify that, on February 18, 2022, the foregoing document was electronically filed with the Clerk of the Court using the CM/ECF system and all counsel of record will receive an electronic copy via the Court's CM/ECF system.

Dated: February 18, 2022　　　　　　　　　　*/s/ Michael Tabb*
　　　　　　　　　　　　　　　　　　　　　　Michael Tabb