IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, EX REL.; DANIEL MONTES JR., ELIZABETH H. HUDSON, <br><br>*Plaintiffs*, <br><br>vs. <br><br>MAIN BUILDING MAINTENANCE, INC., JXM, INC., ROBERT A. XIMENES, ELVIRA A. XIMENES, MARGAUX I. XIMENES, <br><br>*Defendants*. | 5-16-CV-00523-JKP-RBF |

## ORDER SETTING HEARING

Before the Court is the Status Report and Joint Motion to Extend Abatement Pending Mediation. *See* Dkt. No. 108. The District Court referred this case for disposition pursuant to Rules CV-72 and 1 of Appendix C of the Local Rules of the United States District Court for the Western District of Texas. *See* Dkt. No. 40.

**IT IS ORDERED** that the Status Report and Joint Motion to Extend Abatement, Dkt. No. 108, is set for hearing on **July 19, 2022**, at **2:00 p.m.** All parties are required to appear by Zoom for the hearing. The information to join the hearing is as follows:

**Join ZoomGov Meeting:** https://txwd-uscourts.zoomgov.com/j/1615196812

**Meeting ID:** 161 519 6812

The parties must check in, no later than 5 minutes before the start of the hearing, with the Courtroom Deputy, Ms. Amy Jackson.

**IT IS SO ORDERED.**

SIGNED this 12th day of July, 2022.

_____
RICHARD B. FARRER
UNITED STATES MAGISTRATE JUDGE