UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA <br> *ex rel.* DANIEL MONTES, JR. and <br> ELIZABETH H. HUDSON, <br><br> Plaintiffs-Relators, <br><br> v. <br><br> MAIN BUILDING MAINTENANCE, INC., JXM, INC., ROBERT A. XIMENES, ELVIRA H. XIMENES, and MARGAUX I. XIMENES, <br><br> Defendants. | § § § § § § § § § § § § § § § § § <br><br> CIVIL ACTION NO. 5:16-CV-523-JKP |

## JOINT MOTION FOR ORDER OF DISMISSAL WITH PREJUDICE

TO THE HONORABLE COURT:

Relator Elizabeth H. Hudson[1] and Defendants Main Building Maintenance, Inc. and JXM, Inc., Robert A. Ximenes and Elvira H. Ximenes, and Margaux I. Ximenes (collectively, "**the Parties**") file this Joint Motion for Order of Dismissal with Prejudice, and in support would respectfully show:

1. This case was filed under seal on June 8, 2016. ECF No. 1. The United States filed a notice declining to intervene, ECF No. 24, after which the case was unsealed.

2. On August 2, 2022, the parties notified the Court that a settlement had been reached during a mediation attended by the Parties and a representative of the United States. ECF No. 112.

---

[1] Relator Daniel Montes, Jr. was dismissed with prejudice by stipulation of the parties on March 28, 2022. *See* ECF No. 104.

3.  The Parties have now finalized and memorialized their settlement. In addition, the Parties have obtained the proper approval of and consent to the settlement and dismissal from the United States as required under 31 U.S.C. § 3730. The Parties understand that the United States will be filing its notice of consent promptly upon the filing of this joint motion.

4.  Accordingly, the Parties respectfully request that the Court enter the attached Order of Dismissal With Prejudice. This joint request is not made for purposes of delay, but so that justice can be done.

DATED: February 28, 2023.

Respectfully submitted,

**DAVIS & SANTOS, PLLC**

By: /s/ Caroline Newman Small
Jason M. Davis
State Bar No. 00793592
Email: jdavis@dslawpc.com
Jay Hulings
State Bar No. 24104573
Email: jhulings@dslawpc.com
Caroline Newman Small
State Bar No. 24056037
Email: csmall@dslawpc.com
719 S. Flores Street
San Antonio, Texas 78204
Tel: (210) 853-5582
Fax: (210) 200-8395
*Counsel for Defendants JXM, Inc. and Margaux I. Ximenes*

**SHAW LAW PLLC**

By: /s/ Ronald J. Shaw
Ronald J. Shaw
State Bar No. 18152300
Email: attorney@shawlawpllc.com

        5150 Broadway, Unit 619
        San Antonio, Texas 78209
        Tel: (210) 227-3737
        Fax: (210) 366-0805
        ***Counsel for Defendants Main Building Maintenance, Inc., Elvira H. Ximenes, and Robert A. Ximenes***

**GREENE, LLP**

By: */s/ Michael Tabb*
    Thomas M. Greene
    Mass. BBO # 210020 *pro hac vice*
    tgreene@greenellp.com
    Michael Tabb
    Mass. BBO # 491310 *pro hac vice*
    matabb@greenellp.com
    Ryan P. Morrison
    Mass. BBO # 680238 *pro hac vice*
    rmorrison@greenellp.com
    Tucker D. Greene
    Mass. BBO # 682943 *pro hac vice*
    tucker.greene@greenellp.com
    One Liberty Square, Suite 1200
    Boston, MA 02109
    (617) 261-0040 (Telephone)
    (617) 507-6559 (Facsimile)
    ***Counsel for Plaintiff-Relator***

## **CERTIFICATE OF SERVICE**

      I certify that on the February 28, 2023, the foregoing document was electronically filed with the Clerk of the Court using the CM/ECF system and all counsel of record will receive an electronic copy via the Court's CM/ECF system.

                                               */s/ Caroline Newman Small*
                                               Caroline Newman Small